# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In re:

**GARY ALAN PORRETT and
JENNIFER SUE PORRETT,**

**Appellants.**

**District Case No. 16-00135-MWB**

**Bankr. Case No. 09-03881-JDP**

APPENDIX ON APPEAL

_____

Appeal from the United States Bankruptcy Court
The Honorable Mark W. Bennett presiding

_____

Patrick J. Geile
Matthew G. Bennett
Foley Freeman, PLLC
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Attorneys for Appellants

Noah G. Hillen
PO Box 6538
Boise, ID 83707
Appellee

## TABLE OF CONTENTS

A.    Docket No. 70, Notice of Appeal;

B.    Docket No. 69, Order Regarding Joint Motion for Determination of Property;

C.    Docket No. 68, Memorandum Decision;

D.    Docket No. 65, Response to Trustee's Memorandum Regarding Joint Motion for Determination of Property of the Bankruptcy Estate;

E.    Docket No. 64, Trustee's Memorandum Regarding Joint Motion for Determination of Property of the Bankruptcy Estate;

F.    Docket No. 63, Memorandum of Law in support of Objection to Motion to Approve Compromise (this pleading was named incorrectly and is more appropriately "Debtors Memorandum in Support of Joint Motion for Determination of Property of the Bankruptcy estate");

G.    Docket No. 60, Joint Statement of Undisputed Facts and Stipulation Regarding Admission of Exhibits; and

H.    Docket No. 59; Joint Motion for Determination of Property of the Bankruptcy Estate.

I.    United States Bankruptcy Case No. 09-03881-JDP Docket.

DATED this 15th day of June, 2016.

FOLEY FREEMAN, PLLC


_/s/_____
Patrick J. Geile
Attorney for Appellants

APPENDIX ON APPEAL - 1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 15th day of June, 2016, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

Office of the U.S. Trustee      _X_    CM/ECF Notice  
Washington Group Central Plaza  
720 Park Blvd., Ste. 220  
Boise, ID 83712  

Noah G. Hillen      _X_    CM/ECF Notice  
PO Box 6538  
Boise, ID 83707  

/s/_____  
Patrick J. Geile